**Motion Granted and Order filed July 19, 2016**



In The

# Fourteenth Court of Appeals

_____

NO. 14-15-00776-CR
_____

**BENJAMIN WALLS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 232nd District Court**
**Harris County, Texas**
**Trial Court Cause No. 1448978**

---

### ORDER

Appellant's court-appointed counsel filed a brief in which he concludes the appeal is wholly frivolous and without merit. Appellant filed a motion to review the record and file a pro se brief. *See Anders v. California*, 386 U.S. 738 (1967); *Gainous v. State*, 436 S.W.2d 137 (Tex. Crim. App. 1969). The motion is **GRANTED**.

Accordingly, we hereby direct the Judge of the 232nd District Court to afford appellant an opportunity to view the trial record in accordance with local procedure; that the clerk of that court furnish the record to appellant on or before **August 3, 2016;** that the

clerk of that court certify to this court the date on which delivery of the record to appellant is made; and that appellant file his pro se brief with this court within **30 days** of that date.


PER CURIAM